IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES THREATS
ADC# 153058                                                              PETITIONER

vs.                    Case No. 4:20-cv-01080 JM-JTK

DEXTER PAYNE, *Director*
Arkansas Division of Correction                                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 10th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE